No. 204.   HINES *v.* EDWARDS.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *O. R. McGuire, Edward R. Burke* and *Ivy Lee Buchanan* for petitioner.

No. 206.   URQUHART ET AL. *v.* PYRENE MANUFACTURING Co.   C. A. 3d Cir.   Certiorari denied.   *C. Brewster Rhoads* for petitioners.   *Maxwell Barus* for respondent.

No. 208.   GULF COAST WESTERN OIL Co., INC. *v.* TRAPP.   C. A. 10th Cir.   Certiorari denied.   *Hal Whitten* and *Joe W. Whitten* for petitioner.   *M. E. Trapp, pro se,* respondent.

No. 209.   BURMAN PROPERTIES, INC. ET AL. *v.* McKINNEY ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *James C. Wilkes* and *James E. Artis* for petitioners.   *John C. Poole* and *Dudley G. Skinker* for respondents.

No. 211.   CENTAUR CONSTRUCTION Co., INC. *v.* UNITED STATES.   Court of Claims.   Certiorari denied.   *Josephus C. Trimble* and *Harry S. Hall* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Morison* and *Paul A. Sweeney* for the United States.

No. 216.   OHIO EX REL. BEVIS *v.* COFFINBERRY ET AL., MEMBERS OF THE INDUSTRIAL COMMISSION.   Supreme Court of Ohio.   Certiorari denied.   *Robert Emmett Brooks* and *Louis C. Capelle* for petitioner.   *Herbert S. Duffy,* Attorney General of Ohio, for respondents.